# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

## CASE NO.:  3:26-cv-00593

NENAD STOJKOVIC,

          Plaintiff,

v.

TT OF ORANGE PARK, INC. DBA
KEITH PIERSON TOYOTA,

          Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

## (INJUNCTIVE RELIEF DEMANDED)

Plaintiff NENAD STOJKOVIC by and through his undersigned counsel, brings this Complaint against Defendant TT OF ORANGE PARK, INC. DBA KEITH PIERSON TOYOTA for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1.     Plaintiff NENAD STOJKOVIC ("Stojkovic") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Stojkovic's original copyrighted Work of authorship.

2.     Stojkovic is an economist by profession, but he dedicates his free time to music and photography. He likes to create because he identifies himself as an artistic soul by nature. As for photography, Stojkovic likes to photograph people,

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

their jobs and present their properties in an interesting and artistic way. He also finds great pleasure in photographing children, interiors, events, food and musical instruments.

3.      Defendant TT OF ORANGE PARK, INC. DBA KEITH PIERSON TOYOTA ("Keith Pierson Toyota") is family-owned and operated car dealership that offers new and used Toyota vehicles, full-service maintenance, and emphasizes community engagement and customer satisfaction.   At all times relevant herein, Keith Pierson Toyota owned and operated the internet website located at the URL https://www.keithpiersontoyota.com/ (the "Website").

4.      Stojkovic alleges that Keith Pierson Toyota copied Stojkovic's copyrighted Work from the internet in order to advertise, market and promote its business activities.  Keith Pierson Toyota committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the Keith Pierson Toyota's business.

## JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.      Keith Pierson Toyota is subject to personal jurisdiction in Florida.

8.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Keith Pierson Toyota engaged in infringement in this district, Keith Pierson Toyota resides

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

in this district, and Keith Pierson Toyota is subject to personal jurisdiction in this district.

## DEFENDANT

9.     TT of Orange Park, Inc. dba Keith Pierson Toyota is a Florida Corporation, with its principal place of business at 6501 Youngerman Circle, Jacksonville, Florida, 33401, and can be served by serving its Registered Agent, Corporation Service Company, at 1201 Hays Street, Tallahassee, FL 32301.

## THE COPYRIGHTED WORK AT ISSUE

10.     In 2020, Stojkovic created the photograph entitled "Repair of the brake system of a car closeup," which is shown below and referred to herein as the "Work."



11. Stojkovic registered the Work with the Register of Copyrights on June 19, 2020 as part of a group registration. The Group Registration was assigned registration number VA0002209565. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Stojkovic was the owner of the copyrighted Work.

### INFRINGEMENT BY KEITH PIERSON TOYOTA

13. Keith Pierson Toyota has never been licensed to use the Work for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, Keith Pierson Toyota copied the Work.

15. On or about May 27, 2024, Stojkovic discovered the unauthorized use of his Work on the Website. Keith Pierson Toyota used the Work on the Website in an article titled "Why Are My Brakes Squeaking?"

16. Keith Pierson Toyota copied Stojkovic's copyrighted Work without Stojkovic's permission.

17. After Keith Pierson Toyota copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its regular business activities.

18. Keith Pierson Toyota copied and distributed Stojkovic's copyrighted Work in connection with Defendant's business for purposes of advertising and

promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19.    Keith Pierson Toyota committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20.    Stojkovic never gave Keith Pierson Toyota permission or authority to copy, distribute or display the Work for any purpose.

21.    Stojkovic notified Keith Pierson Toyota of the allegations set forth herein on May 22, 2025 and June 20, 2025.  To date, the parties have failed to resolve this matter.

22.    Despite receiving actual notice of Plaintiff's claim of infringement, Defendant has continued to display the infringing Work on its Website, demonstrating willful infringement.

## COUNT I
## COPYRIGHT INFRINGEMENT

23.    Stojkovic incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24.    Stojkovic owns a valid copyright in the Work.

25.    Stojkovic registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26.    Keith Pierson Toyota copied, displayed, and distributed the Work and made derivatives of the Work without Stojkovic's authorization in violation of 17 U.S.C. § 501.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

27.    Keith Pierson Toyota performed the acts alleged in the course and scope of its business activities.

28.    Defendant's acts were willful.

29.    Stojkovic has been damaged.

30.    The harm caused to Stojkovic has been irreparable.

WHEREFORE, the Plaintiff NENAD STOJKOVIC prays for judgment against the Defendant TT OF ORANGE PARK, INC. DBA KEITH PIERSON TOYOTA that:

a.    Keith Pierson Toyota and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.    Keith Pierson Toyota be required to pay Stojkovic his actual damages and Defendant's profits attributable to the infringement, or, at Stojkovic's election, statutory damages, as provided in 17 U.S.C. § 504;

c.    Stojkovic be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.    Stojkovic be awarded pre- and post-judgment interest; and

e.    Stojkovic be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Stojkovic hereby demands a trial by jury of all issues so triable.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

Dated: March 18, 2025                    Respectfully submitted,


                                         /s/  Layla T. Nguyen
                                         LAYLA T. NGUYEN
                                         Florida Bar Number: 1024723
                                         layla.nguyen@sriplaw.com
                                         JOEL B. ROTHMAN
                                         Florida Bar Number: 98220
                                         Joel.rothman@sriplaw.com

                                         **SRIPLAW, P. A.**
                                         21301 Powerline Road
                                         Suite 100
                                         Boca Raton, FL 33433
                                         561.826.6924 – Telephone
                                         561.404.4353 – Facsimile

                                         *Counsel for Plaintiff Nenad Stojkovic*

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS